# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0951
_____

ALEXANDER FLOYD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

August 14, 2024

PER CURIAM.

DENIED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Tallahassee, and Darlene Rollins, Assistant Public Defender, Quincy, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.